UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ALVIS VERNON RHODES, | 1:07-cv-01050 OWW DLB (HC) |
|---|---|
| Petitioner, | |
| v. | **ORDER AUTHORIZING** <br> **IN FORMA PAUPERIS STATUS** |
| STANISLAUS COUNTY SUPERIOR COURT, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

IT IS SO ORDERED.

Dated:  **July 31, 2007**          /s/ **Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE