UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIS VERNON RHODES,<br><br>             Petitioner,<br><br>     v.<br><br>STANISLAUS COUNTY SUPERIOR COURT,<br><br>             Respondent. | 1:07-cv-01050 OWW DLB (HC)<br><br>**ORDER AUTHORIZING<br>IN FORMA PAUPERIS STATUS** |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

IT IS SO ORDERED.

**Dated:   July 31, 2007**             /s/ Dennis L. Beck
                                                             UNITED STATES MAGISTRATE JUDGE