FILED
OCT 30 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

ALVIS VERNON RHODES,

vs.

STANISLAUS COUNTY SUPERIOR COURT,

_____/

**ORDER RE: CERTIFICATE OF APPEALABILITY**

1:07-CV-1050 OWW/DLB HC

Judgment having been entered in this matter, any request for a Certificate of Appealability shall be:

_____   Granted for the following reason:

_____
_____
_____
_____

__X__   Denied for the following reason:  PREMATURE AND UNEXHAUSTED PETITION
_____
_____
_____

Dated: 10-29-07

OLIVER W. WANGER
United States District Judge