# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIS VERNON RHODES,<br><br>    Petitioner,<br><br>    v.<br><br>STANISLAUS COUNTY SUPERIOR COURT,<br><br>    Respondent.<br>_____/ | 1:07-01050 OWW DLB HC<br>USCA # 07-17042<br><br>ORDER DISREGARDING COURT'S OCTOBER 31, 2007, REGARDING IN FORMA PAUPERIS STATUS ON APPEAL; ORDER GRANTING PETITIONER IN FORMA PAUPERIS STATUS ON APPEAL<br><br>[Doc. 20] |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On September 26, 2007, the instant petition for writ of habeas corpus was dismissed, without prejudice, and judgment was entered. (Court Docs. 9, 10.) On October 23, 2007, Petitioner file a motion for a certificate of appealability and a motion to proceed in forma pauperis. On October 31, 2007, the Court declined to issue a certificate of appealability and directed Petitioner to submit a complete copy of the application to proceed in forma pauperis. (Court Doc. 20.)

    However, upon further review of the docket in this case, Petitioner was previously granted in forma pauperis status by this Court on July 31, 2007, and he is therefore automatically entitled to in forma pauperis status on appeal. A party who was permitted to proceed in forma pauperis in the district court may proceed in forma pauperis on appeal without further authorization unless the district court certifies that the appeal is not taken in good faith. See Fed.

1  R. App. P. 24(a)(3).  Accordingly, the Court's October 31, 2007, order directing Petitioner to
2  submit a complete application to proceed in forma pauperis on appeal, shall be DISREGARDED.
3         Based on the foregoing, it is HEREBY ORDERED that:
4         1.      Petitioner is automatically entitled to proceed in forma pauperis on appeal; and
5         2.      The Clerk of Court is directed to serve a copy of this order on the United States
6                 Court of Appeals for the Ninth Circuit.
7  IT IS SO ORDERED.
8  **Dated:   January 3, 2008**                    **/s/ Oliver W. Wanger**
                                                   UNITED STATES DISTRICT JUDGE